ANTHONY L. CANNON, SBN 162986
DERRICK R. STURM, SBN 189083
CANNON & NELMS, P.C., Attorneys at Law
1800 East 17th Street, Suite 101
Santa Ana, California 92705
(714) 543-8312

Attorneys for Defendant
NATIONAL FIRE INSURANCE COMPANY OF HARTFORD
(Erroneously sued herein as "CNA Insurance" and "National Fire of Hartford")

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUIT WAREHOUSE, INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CNA INSURANCE; NATIONAL FIRE OF HARTFORD; and DOES 1 through 60, Inclusive,<br><br>　　　　　　Defendants. | Case No. CV-08-06507 RGK (JWJx)<br><br>**JUDGMENT** |

    The Motion for Summary Judgment of Defendant National Fire Insurance Company of Hartford was noticed for hearing on February 23, 2009 before Hon. R. Gary Klausner, District Judge. After submission of all papers by both parties, the Court took the matter under submission without oral argument. After consideration of the evidence presented, on March 10, 2009, the Court entered its Civil Minutes - General granting National Fire

1  Insurance Company of Hartford's Motion for Summary Judgment.

2      IT IS THEREFORE ORDERED AND ADJUDGED that Plaintiff take nothing, that
3  the action be dismissed on the merits and that Defendant recover its costs.

5  Dated: March 13, 2009

                                                R. Gary Klausner
                                                United States District Judge